IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC, | ) | CASE NO: 3:24-cv-2245 |
| | ) | |
| Plaintiff-Relator, | ) | JUDGE JEFFREY J. HELMICK |
| v. | ) | |
| | ) | |
| MUROTECH OHIO CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. Relator's Complaint, the Government's Notice of Election to Intervene, and this Order be unsealed;
2. all other papers or Orders on file in this matter shall remain under seal; and
3. the seal be lifted on all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 14th day of October 2026.

s/ Jeffrey J. Helmick

JEFFREY J. HELMICK
United States District Judge